# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION PAROLE UNITS #3-7, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-2098-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(Doc. 5)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND IFP APPLICATION TO PLAINTIFF |

　　　　Plaintiff Harold Walker, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2009. On December 28, 2009, Plaintiff filed an application seeking leave to proceed in forma pauperis, in compliance with the Court's order of December 4, 2009.

　　　　The in forma pauperis application was signed by the prison's trust account officer rather than by Plaintiff. Plaintiff must sign the application on page two above "Signature of Applicant." Fed. R. Civ. P. 11(a); Local Rule 131(b). In the alternative, Plaintiff may pay the $350.00 filing fee in full.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　　The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis by a prisoner;

///

///

1

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file an application to proceed in forma pauperis bearing his original signature or pay the $350.00 filing fee in full;[1] and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

**Dated:**   February 9, 2010              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff does not need to submit another copy of his trust account statement.

2