# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>            Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION<br>PAROLE UNITS #3-7, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-02098-SMS PC<br><br>ORDER DIRECTING CLERK OF THE COURT<br>TO REDESIGNATE CASE AS A REGULAR<br>CIVIL ACTION |

Plaintiff Harold Walker, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2009. The action was incorrectly designated upon opening as a case involving a prisoner litigating the conditions of his confinement at a state prison or jail. Upon further review of the Court, it has been determined that the present action does not involve conditions of confinement at a state prison or other institutional facility.

Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil rights action. The new case number is: 1:09-cv-02098-SMS.

IT IS SO ORDERED.

**Dated:   February 9, 2010**                       /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE

1