1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10                                   FRESNO DIVISION

11

12   HAROLD WALKER,                              1:09-cv-02098-SMS

13              Plaintiff,                       **ORDER GRANTING APPLICATION**
                                                 **TO PROCEED IN FORMA PAUPERIS**
14   v.                                          **(Docs. 5 and 9)**
                                                            and
15   CALIFORNIA DEPARTMENT OF                    **ORDER DIRECTING PAYMENT**
     CORRECTIONS AND                             **OF INMATE FILING FEE BY**
16   REHABILITATION, et al.,                     **CALIFORNIA DEPARTMENT OF**
                                                 **CORRECTIONS**
17              Defendants.

18   _____/

19          Plaintiff, Harold Walker, is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and

20   has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made

21   the showing required by § 1915(a).  Accordingly, the request to proceed in forma pauperis is hereby

22   granted.

23          Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

24   § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

25   the preceding month's income credited to plaintiff's trust account.  The California Department of

26   Corrections is required to send to the Clerk of the Court payments from plaintiff's account each time

27   the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

28   § 1915(b)(2).

                                                -1-

1      In accordance with the above and good cause appearing therefore, IT IS HEREBY

2 ORDERED that:

3      1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

4      **2.  The Director of the California Department of Corrections or his designee**

5 **shall collect payments from plaintiff's prison trust account in an amount equal to twenty per**

6 **cent (20%) of the preceding month's income credited to the prisoner's trust account and shall**

7 **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

8 **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

9 **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

10 **and number assigned to this action.**

11      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

12 plaintiff's in forma pauperis applications on the Director of the California Department of Corrections

13 via the court's electronic case filing system (CM/ECF).

14      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

15 Department, U.S.  District Court, Eastern District of California, Fresno Division.

16

17

18

19 IT IS SO ORDERED.

20 **Dated:   February 24, 2010**       /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28